## MOTION DOCKET

**86-1728.** State v. Osborne. *Franklin County,* No. 85AP-945. Reported at 37 Ohio St. 3d 249, 525 N.E. 2d 1363. On motion for withdrawal of mandate. Motion denied.

On application for stay of execution. Stay granted pending appeal to the United States Supreme Court.

**87-1979.** Chemtrol Adhesives, Inc. v. American Mfg. Mut. Ins. Co. *Portage Coun-*

*ty,* No. 1737. On motion for *pro hac vice.* Motion granted.

**88-267.** Lorain Edn. Assn. v. Lorain City School Dist. Bd. of Edn. *Franklin County,* No. 87AP-366. On motion to consolidate with 88-1383, *Lorain Edn. Assn. v. Lorain Bd. of Edn.,* Lorain County No. 4304. Motion granted.

**88-463.** Shaffer v. Cincinnati Ins. Co. *Williams County,* No. WMS-87-3. On motion to supplement appellant's record. Motion granted.

**88-535.** Worrell v. Multipress, Inc. *Franklin County,* No. 86AP-909. On motion for leave to address new issue on cross-appeal. Motion granted.

On motion to strike. Motion denied.

On motion for remand for a hearing for relief from judgment, for a determination of matters relating to supersedeas bond, and for approval of transfer of assets. Motion denied.

**88-752.** State, ex rel. Burton, v. Indus. Comm. *Franklin County,* No. 86AP-877. On motion to dismiss. Motion to dismiss overruled.

On motion to strike. Motion denied.

Moyer, C.J., dissents.

**88-1126.** Menninger v. Harmon. *Warren County,* No. CA87-08-067. On motion to consolidate with 88-1298, *Menninger v. Airtron, Inc.,* Warren County No. CA87-08-067. Motion granted.

*Sua sponte,* cause consolidated with 88-113, *McCormick v. Kisor,* Franklin County No. 87AP-232.

**88-1236.** Criss v. Springfield Twp. *Summit County,* Nos. 13262 and 13271. On motion to decline jurisdiction and remand. Motion denied.

**88-1356.** State v. Bates. *Franklin County,* No. 87AP-278. On motion for leave to file memorandum in support of jurisdiction instanter. Motion granted.

**88-1479.** Groves v. Mayfield. *Franklin County,* No. 87AP-597. On motion for leave to file memorandum in support of jurisdiction instanter. Motion granted.

**88-1494.** Gorby v. Gorby. *Greene County,* No. 87-CA-57. On motion for leave to file *amicus* of receiver. Motion granted.